**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 10, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00414-CV

---

### IN RE WILMA REYNOLDS AND CARL GORDON, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-83411**

---

## MEMORANDUM OPINION

On Friday, June 7, 2024, relators Wilma Reynolds and Carl Gordon filed a petition for a writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Robert Schaffer, presiding judge of the 152nd District Court of Harris County, to vacate his June 4, 2024 "amended order denying request for abatement."

Relators have not demonstrated they are entitled to mandamus relief. We deny relators' petition for a writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.